IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| C&C POWER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-CV-3376 |
| v. | ) | |
| | ) | Honorable Robert M. Dow, Jr. |
| C&D TECHNOLOGIES, INC., | ) | |
| DIVERSIFIED ASSEMBLY | ) | |
| TECHNOLOGIES CORPORATION | ) | |
| ENXERGY, LLC, and GARY GRAY, | ) | JURY TRIAL DEMAND |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' JOINT UNCONTESTED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendants, DIVERSIFIED ASSEMBLY TECHNOLOGIES CORPORATION, C&D TECHNOLOGIES, INC., ENXERGY, LLC, and GARY GRAY, by and through their respective counsel and requests the entry of an Order by this Honorable Court extending their time in which to file an answer or responsive pleading to Plaintiff's Complaint until and including June 26, 2012, and in support thereof, submits as follows:

1. Defendants have all been served with Summons in this matter with their respective answers or responsive pleadings due on or around May 24, 2012.

2. Counsel for all Defendants have timely filed their appearances.

3. In order to fully address the allegations in Plaintiff's Complaint, Defendants require additional time in which to answer or otherwise plead. No previous extensions have been sought nor granted by any of the Defendants.

4. Plaintiff's counsel has indicated they have no objection to said extension.

5. This Motion is not being brought for purposes of delay and the granting of this

Motion will not prejudice the Plaintiff.

WHEREFORE, Defendants, DIVERSIFIED ASSEMBLY TECHNOLOGIES CORPORATION, C&D TECHNOLOGIES, INC., ENXERGY, LLC, and GARY GRAY, jointly and by and through their respective counsel, request the entry of an Order by this Honorable Court extending their time in which to file an answer or responsive pleading to Plaintiff's Complaint until and including June 26, 2012 and for any such additional relief this Court deems necessary and just.

Dated: May 22, 2012.

Respectfully submitted,

DIVERSIFIED ASSEMBLY
TECHNOLOGIES CORPORATION,

By: /s/ George S. Bellas
    GEORGE S. BELLAS

C&D TECHNOLOGIES, INC.,

By: /s/ Ronald L. Wisniewski
    RONALD L. WISNIEWSKI

ENXERGY, LLC, and
GARY GRAY

By: /s/ James A. Karamanis
    JAMES A. KARAMANIS

Prepared and submitted by:
George S. Bellas *(george@bellas-wachowski.com)*
Misty J. Cygan *(misty@bellas-wachowski.com)*
BELLAS & WACHOWSKI
Attorney for Defendant DAT
15 N. Northwest Highway
Park Ridge, IL 60068
Ph:847-823-9030
Fx:847-823-9393